UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-6295 PSG (MRWx) | Date | July 29, 2016 |
|---|---|---|---|
| Title | United States v. $106,146 | | |

Present: The Honorable  Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

The government filed a discovery motion that is not in the joint format mandated under the Local Rules. (Docket # 30.) The motion is accompanied by a statement in accordance with this Court's Local Rule 37-1 indicating that Claimant did not provide his portion of the joint motion before the government filed it. (Docket # 30-1.)

A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, Claimant is ORDERED TO SHOW CAUSE for the failure to comply with the joint filing process and to submit a substantive response to the discovery motion by August 15. If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings.

Additionally, the parties will be prepared to discuss this motion and the underlying discovery dispute in the conference call with Judge Wilner on August 9. (Docket # 29.)